IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY HAYNES,

      Plaintiff,                    No. CIV S-03-497 KJM

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                ORDER
_____/

       By order filed January 16, 2004, this matter was remanded under sentence six of 42 U.S.C. § 405(g) for reconstruction of the evidentiary record. The parties have now stipulated to reopening this matter.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of Court is directed to reopen this action.

       2. The Clerk of Court is directed to issue the scheduling order used for social security cases assigned to the undersigned.

DATED: June 25, 2010.

                                                     U.S. MAGISTRATE JUDGE

006
haynes.reopen

1