BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY HAYNES**<br><br>       **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>       **Defendant.** | Case No. CIV-S-03-497 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 18, 2010, to November 18, 2010.  This is Plaintiff's first extension and is required due to the fact that Plaintiff's counsel recently substituted in on this case and requires additional time.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: October 18, 2010 | /s/Bess M. Brewer |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| Dated: October 18, 2010 | Benjamin G. Wagner |
| | United States Attorney |
| | |
| | /s/ Theophous Reagans |
| | THEOPHOUS REAGANS |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 19, 2010.

_____
U.S. MAGISTRATE JUDGE