IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY HAYNES,

     Plaintiff,                     No. CIV S-03-497 JFM (TEMP)

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.                <u>ORDER</u>

_____/

         Plaintiff has requested an extension of time. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's time to file a motion for summary judgment in this case is hereby extended from January 11, 2011, to January 20, 2011.

DATED: January 13, 2011.

                                           /s/ John F. Moulds
                               UNITED STATES MAGISTRATE JUDGE

jmm
haynes.eot

1